FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 NOV 18 PM 3: 27

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Violation Number 2147166 NE14 |
| vs. ) | |
| ) | **ORDER** |
| TED L. DECKER, ) | |
| ) | |
| Defendant. ) | |

On the motion of the United States Attorney's Office, the above-referenced matter is hereby dismissed.

ORDERED this 18th day of November, 2010.

BY THE COURT:

_____
THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE